JS-6

FILED
CLERK, U.S. DISTRICT COURT

7/8/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LUIS ERMINSUL VILLEGAS, JR., <br><br> Petitioner, <br><br> v. <br><br> THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Respondents. | No. SA CV 14-01097-MWF (VBK) <br><br> JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 8, 2015

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE